UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 05-30172 |
| | ) | Chapter 7 |
| LEE OLIN AXDAHL | ) | |
| SSN/ITIN xxx-xx-4751 | ) | |
| | ) | |
| and | ) | ORDER APPROVING |
| | ) | CERTAIN SETTLEMENT |
| LENNIS MARY AXDAHL | ) | |
| SSN/ITIN xxx-xx-8691 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Trustee John S. Lovald's Motion to Approve Settlement and Prepayment of Promissory Note (doc. 62) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Trustee Lovald's motion is granted, and he is authorized to settle the claim described in the motion for $6,411.24, on the terms and conditions set forth in the motion.

So ordered:  April 12, 2010.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota